For the defendant in error, *Sylvester C. Smith, Jr.*

For the plaintiff in error, *William A. Stryker.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ANNA KUDELKA, PLAINTIFF IN ERROR.

Submitted October 29, 1926—Decided January 31, 1927.

On error to the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 727.

For the defendant in error, *Albert H. Holland.*

For the plaintiff in error, *Elmer W. Romine.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.